IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-1720-AP**

**MARIA G. CARDENAS,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

---

## ORDER REOPENING CASE

Kane, J.

The Order for Remand (doc. #16) and Judgment (doc. #17) are **VACATED** as improvidently entered. The case is **REOPENED**. Plaintiff may file a response to the Motion to Remand within 21 days.

Dated: September 19, 2014.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT