IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01720-AP

MARIA G. CARDENAS,

      Plaintiff,

v

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with the ORDER entered by the Honorable Judge John L. Kane, on October 10, 2014, it is hereby

      ORDERED that this civil action is remanded to Defendant Commissioner for Social Security for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

      Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

      Plaintiff may have her costs upon the filing of a Bill of Costs within fourteen days of entry of judgment pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

      DATED at Denver, Colorado this 10th day of October, 2014.

                                FOR THE COURT,
                                JEFFREY P. COLWELL, Clerk

                                By: s/ Jennifer Hawkins
                                    Jennifer Hawkins, Deputy Clerk