**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-01720-JLK

MARIA G. CARDENAS,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court upon the Unopposed Motion For Attorney Fees Pursuant to 42 U.S.C. Section 406(b), and upon review of said motion and being apprised in the premises, hereby GRANTS said motion (Doc. 30) and orders that Plaintiff's attorney, Chris R. Noel, is entitled to an award of $12,304.60 for attorney's fee pursuant to 42 U.S.C. Section 406(b) with consideration given to the amount of the EAJA fee already paid.

DATED at Denver, Colorado on December 16, 2015

                                                    **BY THE COURT**

                                                 *s/ John L. Kane*
                                                 Senior U.S. District Court Judge