**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-01720-JLK

MARIA G. CARDENAS,

      Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court upon the Rule 60 (a) Joint Motion to Correct the Order Granting Attorney Fees (Doc. 33), hereby GRANTS the Joint Motion and AMENDS the December 16, 2015 Order re Attorney Fees as follows:

Plaintiff's attorney, Chris R. Noel, is entitled to an award of $12,304.60 for attorney's fee pursuant to 42 U.S.C. Section 406(b) with consideration given to the amount of the EAJA fee already paid. **Ms. Noel is ordered to refund to Plaintiff the EAJA fee previously granted.**

DATED at Denver, Colorado on January 8th, 2016.

                        **BY THE COURT**

                        _John L. Kane_____
                        John L. Kane
                        Senior U.S. District Court Judge